| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Motz, John F | 2. Court or Organization<br><br>U.S. District Court-Maryland | 3. Date of Report<br><br>5/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse - Room 510<br><br>101 West Lombard Street<br><br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Sheppard & Enoch Pratt Health System |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN -6 A 11:08 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Motz, John F | 5/31/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia School of Law | February 26-28 - Charlottesville, VA - Moot Court (transportation and lodging) |
| 2. | American Bar Association | March 25-26 - Orlando, FL - Bar Association Program (transportation and lodging) |
| 3. | | |
| 4. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ExxonMobil | B | Div | M | T | | | | | |
| 2. IBM | A | Dividend | K | T | | | – | | |
| 3. T. Rowe Price - Tax Exempt | C | Int | J | T | | | | | |
| 4. T. Rowe Price | A | Div | L | T | | | | | Please note - not a mutual FUND |
| 5. Sara Lee | A | Div | J | T | | | | | |
| 6. Nicholas Fund | A | Div | K | T | | | | | |
| 7. T. Rowe Price Equity Income Fund | A | Div | K | T | | | | | |
| 8. Putnam Emerging Growth Fund | A | Div | J | T | sell | 4/15 | J | A | |
| 9. Putnam Emerging Growth Fund | A | Div | J | T | sell | 4/15 | J | A | |
| 10. Chevron/Texaco | A | Div | K | T | | | | | |
| 11. Campbell Soup | A | Dividend | J | T | | | | | |
| 12. MD. Health Bond | A | Interest | K | T | | | | | |
| 13. AIM-Weingarten (IRA) | A | Div | K | T | | | | | |
| 14. Bellsouth | A | Div | J | T | | | | | |
| 15. Gen'l Elec | A | Div | K | T | | | | | |
| 16. DuPont DeNemour & Co. | A | Div | J | T | | | | | |
| 17. Merck (IRA) | A | Div | J | T | | | | | |
| 18. ExxonMobil Corp. (IRA) | A | Div | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Apple Computer | A | Div | J | T | | | | | |
| 20. T. Rowe Price-New ERA | A | Dividend | K | T | | | | | |
| 21. T. Rowe Price - Value | A | Dividend | L | T | | | – | | |
| 22. P.G. County Cons. Pub. | A | Interest | J | T | | | | | |
| 23. MSDW Liquid Asset | A | Interest | K | T | | | | | |
| 24. MSDW Liquid Asset (IRA) | A | Interest | J | T | | | | | |
| 25. T. Rowe Price - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 26. T. Rowe Price - Health Sciences (IRA) | A | Dividend | K | T | | | | | |
| 27. T. Rowe Price - New Asia (S-IRA) | A | Dividend | K | T | | | | | |
| 28. T. Rowe Price - Small - Cap Value (IRA) | A | Dividend | L | T | | | | | |
| 29. T. Rowe Price - Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 30. MSDW Liquid Asset | A | Interest | K | T | | | | | See Section VIII - note 1 |
| 31. Manugistics | A | Dividend | J | T | | | | | |
| 32. Manugistics | A | Dividend | J | T | | | | | |
| 33. T. Rowe Price - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 34. Merck | A | Dividend | J | T | | | | | |
| 35. Merck | A | Dividend | J | T | | | | | |
| 36. Lucent Technologies (IRA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Walmart (IRA) | A | Dividend | J | T | | | | | |
| 38. Cisco Systems (IRA) | A | Dividend | J | T | | | | | |
| 39. MSDW American Opportunity (IRA) | A | Dividend | J | T | | — | | | |
| 40. MSDW Dividend Growth B (IRA) | A | Dividend | K | T | | | | | |
| 41. MSDW Aggressive Equity (IRA) | A | Dividend | J | T | | | | | |
| 42. MSDW Total Market Fund (IRA) | A | Dividend | K | T | | | | | |
| 43. CVS | A | Dividend | J | T | | | | | |
| 44. Lucent | A | Dividend | J | T | | | | | |
| 45. Unit VK Focus (IRA) | A | Dividend | K | T | | | | | |
| 46. John Hancock Tech. (IRA) | A | Dividend | J | T | | | | | |
| 47. John Hancock Fin. (IRA) | A | Dividend | J | T | | | | | |
| 48. Maryland State CDA-B | A | Interest | J | T | partial red. | 8/12 | J | A | |
| 49. T. Rowe Price | A | Dividend | K | T | | | | | Please note - not a mutual fund |
| 50. Pepsico | A | Dividend | K | T | | | | | |
| 51. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 52. Baltimore County Bond | A | Interest | J | T | | | | | |
| 53. Montgomery County Bond | A | Interest | K | T | | | | | |
| 54. Global Dividend Growth-B | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Special Value Fund B | A | Dividend | J | T | | | | | |
| 56. Charles County Bond | A | Dividend | J | T | | | | | |
| 57. Federal Home Loan Note (IRA) | A | Interest | J | T | | | — | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Motz, John F | 5/31/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Investments - Note 1 - This erroneously has been reported in prior years as being in an IRA account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  _June 1, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544